UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 11-8346 CAS (JCGx) | Date | October 19, 2011 |
|---|---|---|---|
| Title | DONALD STERLING HODGE, ET AL. v. CARDINAL LOGISTICS MANAGEMENT CORP. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| RITA SANCHEZ | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   **(In Chambers:) ORDER TO SHOW CAUSE REFLECTING LOCAL RULE 83-2.3.2**

On August 31, 2011, Donald Sterling Hodge and Lerry Moppin (collectively, "plaintiffs") filed their class action complaint against defendant Cardinal Logistics Management Corporation ("Cardinal Logistics") in Los Angeles Superior Court. On October 7, 2011, defendant removed to this Court.

On October 12, 2011, attorneys Robert Browning and Angela Cash each filed an application to appear *pro hac vice* in this matter on behalf of Cardinal Logistics. On October 13, 2011, this Court granted each attorney's application.

On October 17, 2011, plaintiffs filed an objection to Mr. Browning's and Ms. Cash's *pro hac vice* applications. Plaintiffs' objections are made pursuant to Local Rule 83-2.3.2, which disqualifies *pro hac vice* applicants who are regularly employed in California or regularly engage in business in California. Obj. at 2–3; Local Rule 83-2.3.2(b)–(c). Plaintiffs argue that Mr. Brown is regularly employed in California, as evidenced by seven class action suits he has litigated in California in the last three years. Id. at 4. Plaintiffs argue that Ms. Cash is also regularly employed in California, as evidenced by three class action suits she has litigated in the past three years. Id. at 5. Further, plaintiffs argue that both Mr. Browning and Ms. Cash are partners in the Scopelitis Firm, which has ongoing business activities in California. Id. at 6.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-8346 CAS (JCGx) | Date | October 19, 2011 |
|----------|----------------------|------|------------------|
| Title | DONALD STERLING HODGE, ET AL. v. CARDINAL LOGISTICS MANAGEMENT CORP. | | |

Accordingly, the Court ORDERS Mr. Browning and Ms. Cash to SHOW CAUSE within **thirty (30) days** of the date of this order why this Court should not reconsider each of their *pro hac vice* applications in light of plaintiffs' objections and Local Rule 83-2.3.2.

IT IS SO ORDERED.

_____ : _____

Initials of
Preparer          _____